No. 185. ROSSY *v.* MOLLFULLEDA ET AL.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 15 de 1907. Desestimada la apelación por incumplimiento del artículo 50 del Reglamento de este tribunal. Abogado del promovente: *Sr. Manuel F. Rossy.* Parte contraria: *Sr. Mollfulleda.*

---

No. 198. GIMÉNEZ ET AL. *v.* DUEÑO ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 15, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Bernardini.* Abogado de la parte contraria: *Sr .López Landrón.*

---

No. 33. FAJARDO *v.* EL JUEZ DE LA CORTE DE DISTRITO DE MAYAGÜEZ.—Solicitud para que se expida auto de *certiorari.* Resuelto en octubre 18, 1907. Denegada la solicitud. Abogado del peticionario: *Sr. Pascasio Fajardo.*

---

No. 163. DÍAZ ET AL. *v.* WAYMOUTH.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 21, 1907. Sin lugar la moción. Abogado del promovente: *Sr. Latorre.* Parte contraria: *Sr. José de Guzmán Benítez.*

---

No. 191. EL PUEBLO *v.* ESTEVES ET AL.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para que se desestime la apelación. Resuelto en octubre 21, 1907. Desestimada la apelación por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Fiscal Sr. Rossy.* Abogado de la parte contraria: *Sr. Franco Soto.*